UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER SHUCKRA | : | NO.: 3:18-CV-00853 - AWT |
| | : | |
| v. | : | |
| | : | |
| MATTHEW P. SULEK, ET AL | : | JUNE 20, 2018 |

### ANSWER & SPECIAL DEFENSES

1. As to paragraph 1, the defendants do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to his burden of proof.

2. Paragraph 2 is denied.

3. Paragraph 3 is denied.

4-6. As to paragraphs 4 through 6, the defendants do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to his burden of proof.

7. As to paragraph 7, the defendants do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to his burden of proof. That portion of the paragraph that states "Defendant Sulek had no probable cause and no reasonable, articulable suspicion to believe that the plaintiff was engaged in any criminal activity at the time defendant Sulek seized and detained the plaintiff" is denied.

8-11. As to paragraphs 8 through 11, the defendants do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to his burden of proof.

12. Paragraph 12 is denied. As to that portion of the paragraph that states "The plaintiff now handcuffed for close to ten (10) minutes began to demand to know why he was being detained by defendant Sulek", the defendants do not have sufficient

knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to his burden of proof.

13.  Paragraph 13 is denied.

14.  As to paragraph 14, the defendants do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to his burden of proof.

15.  Paragraph 15 is denied.

16.  As to paragraph 16, the defendants do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to his burden of proof.

17.  Paragraph 17 is denied.  As to that portion of the paragraph that states "Plaintiff has suffered a loss of business income and personal reputation", the defendants do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to his burden of proof.

**FIRST COUNT**

1-17.  The answers to paragraphs 1 through 17 above are hereby made the answers to paragraphs 1 through 17 of the First Count, as if fully set forth herein.

18.  Paragraph 18 is denied.

**SECOND COUNT**

1-17.  The answers to paragraphs 1 through 17 above are hereby made the answers to paragraphs 1 through 17 of the Second Count, as if fully set forth herein.

18.  Paragraph 18 is denied.

**THIRD COUNT**

1-17.  The answers to paragraphs 1 through 17 above are hereby made the answers to paragraphs 1 through 17 of the Third Count, as if fully set forth herein.

18.  Paragraph 18 is denied.

**FOURTH COUNT**

1-17.  The answers to paragraphs 1 through 17 above are hereby made the answers to paragraphs 1 through 17 of the Fourth Count, as if fully set forth herein.

18.  Paragraph 18 is denied.

**FIFTH COUNT**

1-17.  The answers to paragraphs 1 through 17 above are hereby made the answers to paragraphs 1 through 17 of the Fifth Count, as if fully set forth herein.

18.  As to paragraph 18, the defendants do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to his burden of proof.

19-21.  Paragraphs 19 through 21 are denied.

**SIXTH COUNT**

1-17.  The answers to paragraphs 1 through 17 above are hereby made the answers to paragraphs 1 through 17 of the Sixth Count, as if fully set forth herein.

18.  As to paragraph 18, the defendants do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to his burden of proof.

19.  As to paragraph 19, the defendants do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to his burden of proof.

20-24.  Paragraphs 20 through 24 are denied.

## SEVENTH COUNT

1-17.  The answers to paragraphs 1 through 17 above are hereby made the answers to paragraphs 1 through 17 of the Seventh Count, as if fully set forth herein.

18.  Paragraph 18 is denied.

## SPECIAL DEFENSES

### As to First Count

1.  The plaintiff has failed to state a cause of action upon which relief can be granted.

2.  The plaintiff's claims are barred by the doctrine of governmental immunity pursuant to both common law and Conn. Gen. Stat. 52-557n.

### As to Second Count

1.  The plaintiff has failed to state a cause of action upon which relief can be granted.

2.  The plaintiff's claims are barred by the doctrine of governmental immunity pursuant to both common law and Conn. Gen. Stat. 52-557n.

### As to Third Count

1.  The plaintiff has failed to state a cause of action upon which relief can be granted.

2.  The plaintiff's claims are barred by the doctrine of governmental immunity pursuant to both common law and Conn. Gen. Stat. 52-557n.

3.  Any alleged use of force on the plaintiff is justified under Conn. Gen. Stat. 53a-19, 53a-22 and 53a-23.

**As to Fourth Count**

     1.  The plaintiff has failed to state a cause of action upon which relief can be granted.

     2.  The plaintiff's claims are barred by the doctrine of qualified immunity.

     3.  Any alleged use of force on the plaintiff is justified under Conn. Gen. Stat. 53a-19, 53a-22 and 53a-23.

**As to Fifth Count**

     1.  The plaintiff has failed to state a cause of action upon which relief can be granted.

     2.  The plaintiff's claims are barred by the doctrine of governmental immunity pursuant to both common law and Conn. Gen. Stat. 52-557n.

**As to Sixth Count**

     1.  The plaintiff has failed to state a cause of action upon which relief can be granted.

     2.  The plaintiff's claims are barred by the doctrine of governmental immunity pursuant to both common law and Conn. Gen. Stat. 52-557n.

     3.  Any alleged use of force on the plaintiff is justified under Conn. Gen. Stat. 53a-19, 53a-22 and 53a-23.

     4.  The plaintiff's claims are barred by the doctrine of qualified immunity.

**As to Seventh Count**

     1.  The plaintiff has failed to state a cause of action upon which relief can be granted.

     2.  The plaintiff's claims are barred by the doctrine of governmental immunity pursuant to both common law and Conn. Gen. Stat. 52-557n.

DEFENDANTS,
CITY OF NEW BRITAIN;  JAMES
WARDWELL, CHIEF; CHRISTOPHER
CHUTE, CAPTAIN;  THOMAS STECK,
CAPTAIN; JEANETTE PORTALATIN,
LIEUTENANT, MATTHEW P. SULEK


By _/s/ Christopher A. Clark_____
    Christopher A. Clark
    ct29582
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114-11921
    Ph:  (860) 249-1361
    Fax:  (860) 249-7665
    E-mail: cclark@hl-law.com

## CERTIFICATION

This is to certify that on June 20, 2018, a copy of the foregoing Answer and Special Defenses was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Christopher Shuckra
#213510
Willard-Cybulski Correctional Institution
391 Shaker Road
Enfield, CT  06082


                                        /s/ Christopher A. Clark
                                        Christopher A. Clark