UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER SHUCKRA | : | NO.: 3:18-cv-00853 (AWT) |
| | : | |
| v. | : | |
| | : | |
| MATTHEW P. SULEK, ET AL | : | JUNE 14, 2019 |

**OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

The CONB Defendants hereby object to Plaintiff's Motion for Extension of Time to File a Response to CONB Defendants' Motion for Summary Judgment. [Doc. 73.]

CONB Defendants do not object to Plaintiff's request for leave to file an opposition by June 24, 2019. CONB Defendants do object to Plaintiff's statement that "[t]he plaintiff emailed the defendants' counsel seeking his consent to this request for an extension of time and to date has not received a response from defendants' counsel, City of New Britain Attorney John Diakun."

Plaintiff e-mailed the undersigned counsel at 2:05 a.m. the morning of June 14, 2019 to request consent for an extension of time. Plaintiff then filed the motion for extension of time at 2:08 a.m.

According to Local Rule 7(b), "[a]ll motions for extensions of time shall include a statement of the movant that (1) the movant has inquired of all non-moving parties and there is agreement or objection to the motion, or that (2) despite diligent effort, including making the inquiry in sufficient time to afford non-

movant a reasonable opportunity to respond, the movant cannot ascertain the position(s) of the non-movants." D.Conn.L.Civ.R. 7(b)(2).

E-mailing the non-moving party at 2:05 a.m., and then filing the Motion for Extension of Time at 2:08 a.m., is not a diligent effort. Although the undersigned represents that he is out of his office today, June 14, 2019, and has an e-mail auto-response indicating this, Plaintiff could very well have waited until regular business hours and requested a position from the Office of Corporation Counsel directly. Further, the undersigned has frequently responded to Plaintiff's requests even when not in the office, and even outside of normal business hours.

The Plaintiff's motion is also untimely because it was not filed at least three (3) days in advance of the deadline to file opposition papers to CONB Defendants' Motion. Local Rule 7(b)(3) clearly states, "All motions for extension of time shall be filed at least three (3) days before the deadline sought to be extended, except in cases in which compelling circumstances warranting an extension arise during the three days before the deadline." D.Conn.L.Civ.R. 7(b)(3).

Mr. Shuckra has failed to explain why it was not possible for him to comply with the 3 day rule. Further, Plaintiff is aware of Local Rule 7(b)(3) as CONB Defendants have cited this rule in past objections.

**CONCLUSION**

WHEREFORE, the CONB Defendants do not oppose Plaintiff's request for an extension of time, however the undersigned do object Plaintiff's refusal to comply with Local Rule 7.

DEFENDANTS,
JAMES P. WARDWELL, CHIEF;
THOMAS STECK, JEANETTE
PORTALATIN, CITY OF NEW BRITAIN,
CHRISTOPHER CHUTE, DEP. CHIEF;
JOSEPH HALT, L. SMITH, and JOHN
BLACKMORE

By: */s/ John F. Diakun*
John F. Diakun, Esq. (ct30453)
City of New Britain
Office of Corporation Counsel
27 West Main Street, Room 408
New Britain, CT 06051
Tel: 860-826-3428
John.Diakun@newbritainct.gov

**CERTIFICATION**

In accordance with the applicable provisions of Fed. R. Civ. P. Rule 5, the undersigned certifies that on the 14th day of June, 2019, the following documents were served on all appearing parties via the court's electronic filing system.

*/s/ John F. Diakun*
John F. Diakun